## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**CHRISTOPHER ARMSTRONG,**

    Plaintiff/Counter-Defendant,

vs.                                                                      CASE NO. 2011-CV-11921

**ANDREW SHIRVELL**,                                       Hon. Arthur J. Tarnow

    Defendant/Counter-Plaintiff.

---

| | |
|---|---|
| **DEBORAH L. GORDON, PLC.** | **Andrew L. Shirvell (P70472)** |
| **Deborah L. Gordon (P27058)** | In Pro Se |
| **Sarah S. Prescott (P70510)** | P.O. Box 2046 |
| Attorneys for Plaintiff/Counter-Defendant | North Babylon, NY 11703 |
| 33 Bloomfield Hills Parkway, Suite 275 | (734) 476-3916 |
| Bloomfield Hills, Michigan 48304 | shirvell@sbcglobal.net |
| Telephone 248 258 2500 | |
| dgordon@deborahgordonlaw.com | |
| sprescott@deborahgordonlaw.com | |

---

### STIPULATED ORDER TO SCHEDULE DATES FOR DEFENDANT'S DEPOSITION AND PRODUCTION OF DOCUMENTS

Defendant's deposition having been scheduled for June 30, 2011 at 10:00 a.m. and Responses to Plaintiff's Requests for Production of Documents having been ordered to be produced on June 30, 2011, at the request of Defendant the parties have agreed to reschedule the above dates as follows:

    1.    All documents responsive to Plaintiff's Request for Production of Documents as set forth in his motion to compel will be produced to the law office of Deborah L. Gordon, PLC by 12:00 Noon on Tuesday, July 5, 2011.

2. Defendant's deposition will take place on Wednesday, July 6, 2011 at 9:30 a.m. at the U.S. District Court Eastern District Southern Division, 231 W. Lafayette Blvd., Room 118, Detroit, Michigan.

IT IS SO ORDERED.

s/Arthur J. Tarnow
HONORABLE ARTHUR J. TARNOW
U.S. District Court Judge

DATED: June 29, 2011

APPROVED AS TO FORM & CONTENT:

| | |
|---|---|
| **DEBORAH L. GORDON, PLC.** | **/s/Andrew L. Shirvell (P70472)** |
| **/s/Deborah L. Gordon (P27058)** | In Pro Se |
| **Sarah S. Prescott (P70510)** | P.O. Box 2046 |
| Attorneys for Plaintiff/Counter-Defendant | North Babylon, NY 11703 |
| 33 Bloomfield Hills Parkway, Suite 275 | (734) 476-3916 |
| Bloomfield Hills, Michigan 48304 | shirvell@sbcglobal.net |
| Telephone 248 258 2500 | |
| dgordon@deborahgordonlaw.com | |
| sprescott@deborahgordonlaw.com | |