UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ARMSTRONG,

    Plaintiff/Counter Defendant,        Case No. 11-11921

v.                                              SENIOR U.S. DISTRICT JUDGE
                                              ARTHUR J. TARNOW

ANDREW SHIRVELL,

    Defendant/Counter Claimant.

_____/

## ORDER DENYING CURTIS JACKSON'S MOTION TO BE PRODUCED AS A WITNESS [143],

## TERMINATING AS MOOT CURTIS JACKSON'S MOTION FOR WRIT OF HABEAS CORPUS [144],

## TERMINATING AS MOOT JACKSON'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* [145],

and

## DENYING CURTIS JACKSON'S MOTION TO STRIKE [151]

Before the Court are three motions filed by Curtis Jackson: 1) Motion to Be Produced As a Witness [143]; 2) Motion for Writ of Habeas Corpus [144]; and 3) Motion to Strike [151]. Defendant Shrivell filed a Response [147] to Motions [143] and [144]. Jackson included a Reply to Shrivell's Response in his Motion [151]. Also before the Court is Jackson's Application to Proceed *In Forma Pauperis* [145].

Jackson is not a party to the litigation. Jackson provides no authority that supports his request to be produced as a witness. Therefore, the Court will not order him to be produced.

Because the Court will not order Jackson to be produced as a witness as this time, there is no need for a writ of habeas corpus. Jackson's Motion for a Writ [144] is, therefore, moot.

Jackson argues that Shirvell's Response [147] should be stricken from the record because Jackson does not approve of the information included in the filing. Jackson, however, provides no authority to support such an action. Therefore, Jackson's Motion to Strike [151] is denied.

Finally, Jackson filed an Application [145] to proceed *in forma pauperis* in this litigation. Jackson is not a party to the litigation and is not bringing claims against Plaintiff or Defendant in this case. Therefore, there is no need for a waiver of filing fees or costs. The Application [145] is terminated as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Jackson's Motion to Be Produced As a Witness [143] is **DENIED**.

**IT IS FURTHER ORDERED** that Jackson's Motion for Writ of Habeas Corpus [144] is **TERMINATED AS MOOT**.

**IT IS FURTHER ORDERED** that Jackson's Motion to Strike Defendant's Pleading [151] is **DENIED**.

**IT IS FURTHER ORDERED** that Jackson's Application to Proceed *In Forma Pauperis* [145] is **TERMINATED AS MOOT**.

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

Dated: June 19, 2012

---

### CERTIFICATE OF SERVICE

I hereby certify on June 19, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on June 19, 2012: **Curtis Jackson.**

s/Michael E. Lang
Deputy Clerk to
District Judge Arthur J. Tarnow
(313) 234-5182