UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ARMSTRONG**, Plaintiff, vs. **ANDREW SHIRVELL,** Defendant. | **2:11-CV-11921-TGB-APP** |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, renewed judgment is **ENTERED** for Christopher Armstrong against Andrew Shirvell in accordance with MCL § 600.5809(3) in the amount of **$3,500,000.00**.

Dated at Detroit, Michigan: November 15, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE